186 F.2d 307
 Edward Joseph DOHERTY
v.
UNITED STATES of America.
 No. 4088.
 United States Court of Appeals Tenth Circuit.
 Dec. 7, 1950.
 
 William N. Goodwin and Bannon, Soule & Krilich, all of Tacoma, Wash., for appellant.
 Scott M. Matheson, U.S. Atty., and Bryant H. Croft, Asst. U.S. Atty., Salt Lake City, Utah, for appellee.
 Before PHILLIPS, Chief Judge, and HUXMAN, MURRAH and PICKETT, Circuit judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed December 7, 1950, on court's own motion.